IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRONTLINE PRIVATE SECURITY, L.L.C., and MAGNUM FOGELSTROM, Individually,<br><br>　　　　Defendants. | 8:22-CV-37<br><br>ORDER TO SHOW CAUSE |

IT IS ORDERED:

1. The plaintiff's motion for an order to show cause (filing 5) is granted.

2. The defendants are ordered to respond and show cause on or before June 30, 2022 why they should not be held in contempt of this Court for having violated the terms of the consent order and judgment entered by this Court on February 4, 2022 (filing 4).

3. The plaintiff may respond to the defendants' showing, if any, on or before July 7, 2022.

4. The Clerk of the Court is directed to set a show cause deadline for June 30, 2022.

5. The Clerk of the Court shall send a copy of this order to:

>Frontline Private Security, L.L.C.
>2510 N. 85th Street
>Omaha, Nebraska 68134

and

>Magnum Fogelstrom
>7726 N. 158th Street
>Bennington, Nebraska 68007

Dated this 13th day of June, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge

- 2 -