IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>              Plaintiff,<br><br>vs.<br><br>FRONTLINE PRIVATE SECURITY, L.L.C., and MAGNUM FOGELSTROM, Individually,<br><br>              Defendants. | 8:22-CV-37<br><br>ORDER TO SHOW CAUSE |

IT IS ORDERED:

1.   The plaintiff's motion for an order to show cause (filing 14) is granted.

2.   The defendants are ordered to respond and show cause on or before November 17, 2022 why they should not be held in contempt of this Court for having violated the terms of the consent order and judgment entered by this Court on February 4, 2022 (filing 4).

3.   The plaintiff may respond to the defendants' showing, if any, on or before November 28, 2022.

4.   The Clerk of the Court is directed to set a show cause deadline for November 17, 2022.

Dated this 3rd day of November, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge